No. 04–70. EXXON MOBIL CORP. *v.* ALLAPATTAH SERVICES, INC., ET AL. C. A. 11th Cir.; and

No. 04–79. DEL ROSARIO ORTEGA ET AL. *v.* STAR-KIST FOODS, INC. C. A. 1st Cir. [Certiorari granted, *ante*, p. 924.] Motion for divided argument granted to be divided as follows: 22 minutes for petitioner in No. 04–70; 22 minutes for respondent in No. 04–79; 22 minutes for respondents in No. 04–70; and 22 minutes for petitioners in No. 04–79. Request to argue the cases *seriatim* denied.

No. 04–278. TOWN OF CASTLE ROCK, COLORADO *v.* GONZALES, INDIVIDUALLY AND AS NEXT BEST FRIEND OF HER DECEASED MINOR CHILDREN, GONZALES ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 955.] Motion of the parties to dispense with printing the joint appendix granted.

No. 04–403. HABERMAN *v.* CITY OF LONG BEACH, NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of respondents for sanctions denied.

No. 04–575. NIELSON, EXECUTIVE DIRECTOR, UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY, ET AL. *v.* PRIVATE FUEL STORAGE, L. L. C., ET AL. C. A. 10th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–828. EVANS ET AL. *v.* STEPHENS ET AL. C. A. 11th Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 04–5318. CARTER *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.

No. 04–5426. CLARK *v.* UNITED STATES DISTRICT COURTS FOR THE CENTRAL AND NORTHERN DISTRICTS OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 804] denied.